UNITED STATES OF AMERICA
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No: 7:10-CR-43-6F

FILED ON 12-15-10

UNITED STATES OF AMERICA

vs.

ROBERT STACY McNEAL

ORDER

IT IS HEREBY ORDERED that the following government exhibit(s) admitted into evidence on on December 15, 2010, be turned over to the case agent, Jamey Snipes, Johnston County Sheriff's Department, to be retained in his custody until this case is completed, including any matters on appeal:

| Govt. Exhibit No.: | Description: |
|---|---|
| 16 | Firearm |

This 15th day of December, 2010.

James C. Fox
Senior U.S. District Judge

Agent's Signature: _____